UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 6:23-cv-02183-WWB-RMN

HOWARD COHAN,

    Plaintiff,

vs.

ESA P PORTFOLIO OPERATING LESSEE LLC
a Foreign Limited Liability Company
d/b/a EXTENDED STAY AMERICA #9514

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, ESA P PORTFOLIO OPERATING LESSEE LLC, a Foreign Limited Liability Company, d/b/a EXTENDED STAY AMERICA #9514, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 29, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Christine F. Gay** |
| Gregory S. Sconzo, Esq. | Christine F. Gay, Esq. |
| Florida Bar No.: 0105553 | Fla. Bar No. 0026009 |
| Sconzo Law Office, P.A. | HOLLAND & KNIGHT LLP |
| 3825 PGA Boulevard, Suite 207 | 701 Brickell Avenue Suite 3300 |
| Palm Beach Gardens, FL 33410 | Miami Beach, Florida 33131 |
| Telephone: (561) 729-0940 | 305-374-8500 tel./305-789-7799 fax |
| Facsimile: (561) 491-9459 | Christine.gay@hklaw.com |
| Email: greg@sconzolawoffice.com | Attorney for Defendant |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                               **/s/ Gregory S. Sconzo**
                                               **Gregory S. Sconzo, Esq.**